# United States District Court

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

PASAHA SANDS

Criminal Complaint

CASE NUMBER: 07- 63M-MPT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __April 3, 2007__ in __New Castle__ County, in the District of Delaware, defendant committed the offense of knowingly possessing and causing to be present dangerous weapons in a Federal facility, in violation of Title __18__ United States Code, Section(s) __930(a)__.

I further state that I am a(n) __Special Agent, United States Department of Homeland Security__ and that this
                                                        Official Title
complaint is based on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:     Yes

_____
Signature of Complainant
Kelley D. Tufts
Special Agent, United States Department of Homeland Security

Sworn to before me and subscribed in my presence,

__April 4, 2007__                at        Wilmington, DE
Date                                       City and State

Honorable Gregory M. Sleet
United States District Judge
Name & Title of Judicial Officer           Signature of Judicial Officer



FILED
APR - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## AFFIDAVIT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief;

1. My name is Kelley D. Tufts, and I am a Special Agent with the Department of Homeland Security, Federal Protective Service ("DHS/FPS"), assigned to the Philadelphia, Pennsylvania, Field Office, and have been so employed since July 2001. I was previously employed as a Federal Police Officer with the Department of Treasury, United States Mint from 1993 until 1996 and the Federal Protective Service from 1996 until 2001. I have received training in criminal investigations and technical surveillance equipment at the Federal Law Enforcement Training Center. During my tenure in federal law enforcement, including as an Agent, I have participated in numerous investigations involving violations of federal law resulting in arrests and convictions of numerous offenders. The information contained in this affidavit is known to me personally or has been relayed to me by other law enforcement officers, federal employees, or individuals assisting law enforcement officers, as indicated below.

2. This affidavit is offered to demonstrate that probable cause exists to support a criminal complaint charging PASAHA D. SHANDS with knowingly possessing or causing to be present dangerous weapons in a Federal facility, pursuant to Title 18, United States Code, Section 930(a).

3. This affiant initiated an investigation on April 3, 2007, after receiving a report that PASAHA D. SHANDS had entered the lobby of the J. Caleb Boggs Federal Building, located at 844 King Street in Wilmington Delaware, with several dangerous weapons. According to law enforcement witnesses, SHANDS entered the lobby of the Federal Building on the afternoon of April 3, 2007 and proceeded to the security checkpoint area located there. After showing identification to the Court Security Officers ("CSOs") at the security checkpoint, SHANDS placed the following items

½ inch blade and (2) a black canister of an unknown substance, unlabeled, consistent with the size and type of a personal safety chemical agent. SHANDS next placed both a silver metal briefcase (containing a Gateway laptop computer) and a black leather bag on the x-ray conveyor for security screening.

4. As those items were being screened, CSO Colon observed on the x-ray's monitor that the black leather bag contained an item that appeared to be a pistol. CSO Colon informed CSO Bey of this discovery. As a result, CSO Bey asked SHANDS whether he had a pistol in his bag. SHANDS first denied that he had a pistol in his bag, stating that the bag only contained paperwork. A few moments later, however, SHANDS stated that there was a pistol in the bag. The pistol was identified as a Desert Eagle CO2 .177 cal (4.5 mm) Air Pellet Pistol, Serial Number U63596360. SHANDS was subsequently placed into the custody of and was arrested by Department of Homeland Security – Federal Protective Service Inspector B. Nicholls.

5. Inspector Nicholls, upon conducting a search incident to arrest of SHANDS' person, discovered an operational 950 volt Fire Fly Stun Gun in a nylon holster on his belt. After law enforcement officers further searched the leather bag, they discovered two (2) silver Nuevo brand single-edge metal razors located in the bag.

6. On April 3, 2007, this affiant, as part of this investigation, photographed the main lobby area of the J. Caleb Boggs Federal Building located at 844 King Street in Wilmington Delaware. This affiant discovered numerous signs to be posted at the lobby entrance, which are visible to all persons entering the facility. Those signs clearly depict symbols of prohibited items that may not

be brought into a Federal facility, in plain view of all persons being screened for entry. The signs advise all visitors of the "Rules and Regulations Governing Conduct on Federal Property," to including the following: "Federal law prohibits the possession of firearms or other dangerous weapons in Federal facilities and Federal court facilities by all persons not specifically authorized by 18 United States Code 930. Violators will be subject to fine and/or imprisonment for periods up to five (5) years."

7. Based upon the facts and information presented above, and based upon my investigative training and experience, I have probable cause to believe that SHANDS committed violations of Title 18, United States Code, Section 930(a), knowingly possessing or causing to be present dangerous weapons in a Federal facility.

_Kelley D. Tufts_
KELLEY D. TUFTS
Special Agent, DHS/FPS

SUBSCRIBED AND SWORN TO
BEFORE ME THIS ____ DAY
OF _____, 2007.

_[signature]_
THE HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE