IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-63M-MPT |
| ) | |
| PASAHA SHANDS, ) | |
| ) | |
| Defendant. ) | |

**MISDEMEANOR INFORMATION**

The United States Attorney for the District of Delaware charges that:

**COUNT I**

On or about April 3, 2007, in the State and District of Delaware, Pasaha Shands, defendant herein, did knowingly possess and cause to be present a dangerous weapon, that is, a Desert Eagle CO2 .177 cal. Air Pellet Pistol (Serial Number U63596360), in a Federal facility, that is, the J. Caleb Boggs Federal Building, located at 844 N. King Street, Wilmington, Delaware, in violation of Title 18, United States Code, Section 930(a).

**COUNT II**

On or about April 3, 2007, in the State and District of Delaware, Pasaha Shands, defendant herein, did knowingly possess and cause to be present a dangerous weapon, that is, a silver and brown Ozark Trail lock-back knife with a 3 ½ inch blade, in a Federal facility, that is, the J. Caleb Boggs Federal Building, located at 844 N. King Street, Wilmington, Delaware, in violation of Title 18, United States Code, Section 930(a).

## COUNT III

On or about April 3, 2007, in the State and District of Delaware, Pasaha Shands, defendant herein, did knowingly possess and cause to be present a dangerous weapon, that is, a black Firefly brand stun gun, in a Federal facility, that is, the J. Caleb Boggs Federal Building, located at 844 N. King Street, Wilmington, Delaware, in violation of Title 18, United States Code, Section 930(a).

COLM F. CONNOLLY
United States Attorney

By: *Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney

Dated: April 12, 2007