**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr. No. 07-63-M |
| | : | |
| PASAHA SHANDS, | : | |
| | : | |
| Defendant. | : | |



**ORDER OF PSYCOLOGICAL EVALUATION**
**FOR DETERMINATION OF BAIL**

At Wilmington this **13**th day of **April 2007**,

Defendant has been charged by information with a violation of federal law.

An Initial Appearance was held where defendant was present with his Court appointed

counsel.  At that time, the government moved for detention of defendant.  Prior to the

Initial Appearance, defendant was interviewed by Pretrial Services where it was learned

that defendant may be suffering from a mental health condition.  Thereafter, it was

confirmed by Pretrial Services that defendant suffers from schizophrenia (paranoid) for

which he has been receiving treatment and has been prescribed medications.  His

mental health status, however, is unknown because prior to the detention hearing

scheduled on April 12, 2007, defendant refused to consent to disclosure of his mental

health treatment records.  At the hearing, counsel for defendant advised that his client

would consent to disclosure of his mental health condition and treatment records.

Since there is evidence to suggest that defendant has not always been compliant with

his mental health treatment and because the Court presently has no information regarding the present status of his condition, it is unable to determine whether, under the circumstances, pretrial release is appropriate and the pretrial release conditions that should be imposed.  Therefore,

IT IS ORDERED that defendant be held in temporary custody at the Philadelphia Detention Center.  IT IS FURTHER ORDERED that the Detention Center evaluate the defendant and prepare a report for the Court regarding the present status of his mental health on or before May 1, 2007.  The Detention Center shall advise the Court immediately whether the evaluation and report can be completed by this date.

IT IS ORDERED that defendant provide his written consent and execute the appropriate consent forms provided by Pretrial Services to enable it to obtain defendant's mental health records and to authorize Pretrial Services to discuss defendant's mental health condition and treatment with his mental health care providers.  Should those records and/or discusses be adequate to understand the status of defendant's mental health condition, Pretrial Services shall advise the Court as soon as possible of its recommendations regarding release and the conditions to be imposed.

UNITED STATES MAGISTRATE JUDGE