AO 472 (Rev. 3/86) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT
District of Delaware

UNITED STATES OF AMERICA
v.
PASAHA SHANDS
*Defendant*

**ORDER OF DETENTION PENDING TRIAL**
Case 07-63M-MPT

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I—Findings of Fact

☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a ☐ federal offense ☐ state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed that is
  ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
  ☐ an offense for which the maximum sentence is life imprisonment or death.
  ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____.*
  ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.
☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
☐ (3) A period of not more than five years has elapsed since the ☐ date of conviction ☐ release of the defendant from imprisonment for the offense described in finding (1).
☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

(1) There is probable cause to believe that the defendant has committed an offense
  for which a maximum term of imprisonment of ten years or more is prescribed in _____.
  ☐ under 18 U.S.C. § 924(c).
☐ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

X (1) There is a serious risk that the defendant will not appear.
X (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

## Part II—Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by _____ clear and convincing evidence _____ a preponderance of the evidence: Defendant is charged with knowingly possession and causing to be present dangerous weapons in a federal facility, specifically this court, in violation of 18 USC § 930(a). The court finds that there are no conditions or combination thereof that will reasonably assure defendant's appearance as required and the safety of the community because:
1. the evidence against defendant is substantial. Defendant attempted to bring into the courthouse a knife with a 3 ½ inch blade, pepper spray, stun gun and razor blades after denying that he had in his briefcase, leather bag or on his person any dangerous instruments.
2. Although his grandmother claims that he has never done anything wrong and is not violent when he takes his medication which she verified that he has failed to do so in the recent past, on two occasions he has had confrontations with law enforcement officers. In each event he felt that people were trying to get to him or harm him. He claimed that various individuals wer stalking him.
3. defendant is a veteran, diagnosed with schizophrenia and is being treated at the VA hospital. However, he refused to allow access to his medical/ psychiatric records before the detention hearing. Because of this, counsel, the court and pretrial services were unable to evaluate appropriateness of release and the conditions that could be applied. Defendant finally agreed to consent to provide such information
Therefore, the court ordered the detention hearing to be continued to allow further evaluation of defendant and his records to determine whether there are any conditions that could assure defendant's appearance and the safety of the community.
Defendant is temporarily detained pending the exchange of information and evaluation.

FILED
APR 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Part III—Directions Regarding Detention**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

| April 23, 2007 | Signature of Judicial Officer |
|---|---|
| Date | Mary Pat Thynge, Magistrate Judge |
|  | *Name and Title of Judicial Officer* |

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).