# FEDERAL PUBLIC DEFENDER
## DISTRICT OF DELAWARE

704 King Street, Suite 110
Wilmington, Delaware 19801
Phone (302) 573-6010
FAX (302) 573-6041
www.fpdde.org

**Edson A. Bostic**
Federal Public Defender

**Eleni Kousoulis**
**Christopher S. Koyste**
Assistant Federal Public Defenders

**Tieffa Harper**
Research & Writing Specialist

May 9, 2007

Honorable Mary Pat Thynge
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

Re: *United States v. Pasaha Shands*
Criminal Action No.: 07-63M-MPT
Our File No.: 2007-00155

Dear Judge Thynge:

Enclosed please find a proposed Order regarding the above captioned matter and a copy of the original that we believe may be applicable to Mr. Shands.

Should you have any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

*Tieffa N. Harper for*

Edson A. Bostic
Federal Public Defender

EAB/lmo

Encl.

cc: Christopher J. Burke, Assistant United States Attorney

FILED
MAY 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-63M-MPT |
| PASAHA SHANDS, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this ____ day of _____, 2007, upon motion of the Government, it appearing to counsel that defendant is unable to participate in matters before the Court, it is **ORDERED** that defendant is to be transported immediately by the United States Marshal to the Philadelphia Detention Center, where he shall remain for a period of time for purposes of a competency and intelligence evaluation to be conducted by _____ or other medical professional acceptable to the government and Pretrial Services.

BY THE COURT:

_____
MARY PAT THYNGE
United States Magistrate Judge