## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                    :
                                             :
                    Plaintiff,               :
                                             :
        v.                                   :     Cr. No. 07-63-M
                                             :
PASAHA SHANDS,                               :
                                             :
                    Defendant.               :

### ORDER OF PSYCOLOGICAL EVALUATION

AND NOW, this **14**th day of **May, 2007**, upon motion by defendant, it appearing to counsel that defendant is unable to participate in matters before the Court,

IT IS ORDERED that defendant is to be transported immediately by the United States Marshal to the Philadelphia Detention Center, where he shall remain for a period of time for the purpose of a psychological, intelligence and / or other appropriate mental health evaluation to be conducted by Catherine M. Barber, PhD. or other medical professional acceptable to the government and Pretrial Services.

IT IS FURTHER ORDERED that Pretrial Services is authorized to release its reports and any mental health records/reports in its possession regarding defendant to Dr. Barber.

_____
UNITED STATES MAGISTRATE JUDGE



FILED

MAY 1 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE