IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-63M-MPT |
| ) | |
| PASAHA SHANDS, ) | |
| ) | |
| Defendant. ) | |

### GOVERNMENT'S MOTION FOR STATUS HEARING AND CONTINUATION OF DETENTION HEARING

NOW COMES the United States of America, by and through its undersigned attorneys, and hereby submits the following:

1. The defendant was charged on April 12, 2007 in a Misdemeanor Information with three Counts of possession of a dangerous weapon in a federal facility, in violation of 18 U.S.C. § 930(a).

2. On the same date, April 12, after the government had filed a motion seeking the defendant's detention, the Court held a Detention Hearing. At the end of that hearing, the Court ordered that the defendant be temporarily detained, on the grounds that there were no combination of conditions that could reasonably assure the defendant's appearance as required or that could reasonably assure the safety of the community were the defendant to be released. Order of Detention Pending Trial (D. I. 8). The Court based this decision on (1) the "substantial" evidence against the defendant as to the charged offenses; (2) the defendant's multiple prior confrontations with law enforcement officers in which the defendant said that he thought that people were trying to harm him and (3) the lack of information available as to the defendant's previously-diagnosed schizophrenia. *Id.* The Court also ordered, without objection, that the Detention Hearing should be continued to allow for further evaluation of the defendant and his medical records, which might assist the Court in evaluating this issue in the future.

3. On April 13, 2007, the Court ordered that the Philadelphia Detention Center prepare a report on the defendant's mental health status by May 1, 2007. (D. I. 6). Thereafter, at a Status Hearing on May 9, 2007, the Court explained that the Philadelphia Detention Center had determined that it could not provide the type of report discussed in the Court's April 13 Order. The Court then ordered that Pretrial Services arrange for "a psychological, intelligence and/or other appropriate mental health evaluation" to be conducted on the defendant by Dr. Catherine M. Barber or other appropriate medical professional. (D. I. 11).

4. Dr. Barber subsequently provided a report to the Court, dated June 11, 2007, regarding her observations as to the defendant's mental state and as to how his mental state relates to the factors the Court must take into account in determining whether to continue to detain the defendant. In that report, Dr. Barber recommended the defendant's continued detention and stated that by the end of August 2007, she would have obtained additional important information that she could provide to the Court, in order to assist the Court at a continuation of a Detention Hearing.

5. In light of Dr. Barber's report and of the procedural posture of this case, the government respectfully requests that the Court set a date for a Status Hearing and a continuation of the Detention Hearing, in August 2007 or soon thereafter. At that proceeding, the Court could again address the issue of the defendant's bail status and could make appropriate arrangements for future proceedings in this matter.

6. The government also requests that the Court continue to exclude the time from the date of the initial Detention Hearing in this matter, April 12, 2007, through the date of the hearing requested in this motion, under the Speedy Trial Act (18 U.S.C. § 3161 *et seq.*). The government submits that the time is excludable under the Act because the intervening delay has resulted from an examination to determine the mental competency or physical capacity of the defendant, because the delay has resulted

from the government's pretrial Motion for Detention and because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h).

7. The government has consulted with defendant's counsel, Mr. Bostic, who does not object to this motion.

WHEREFORE, the government respectfully requests that the Court grant its Motion for Status Hearing and Continuation of Detention Hearing. A proposed Order is attached.

                                  Respectfully submitted,

                                  COLM F. CONNOLLY
                                United States Attorney

                        By:   /s/ Christopher J. Burke
                                Christopher J. Burke
                                Assistant United States Attorney

Dated:    July 23, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-63M-MPT |
| ) | |
| PASAHA SHANDS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having considered the government's Motion for Status Hearing and Continuation of Detention Hearing, **IT IS HEREBY ORDERED** that a Status Hearing and a continuation of the Detention Hearing in this matter shall be scheduled for _____, 2007 at _____. **IT IS FURTHER ORDERED** that the period from the date of the initial Detention Hearing in this matter, April 12, 2007, through the date of the hearing requested in this motion, is excluded under the Speedy Trial Act, because the intervening delay has resulted from an examination to determine the mental competency or physical capacity of the defendant, because the delay has resulted from the government's pretrial Motion for Detention and because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial, in that the information gained during the delay will better enable the Court to make future rulings regarding the defendant's detention status and mental health status. *See* 18 U.S.C. § 3161(h).

                                                                                                                                                           _____
                                                                                                                                                           The Honorable Mary Pat Thynge
                                                                                                                                                           United States Magistrate Judge

Dated:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-63M-MPT |
| ) | |
| PASAHA SHANDS, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby certify that on the 23rd day of July, 2007, I caused to be filed **Government's Motion for Status Hearing and Continuation of Detention Hearing** with the Clerk of the Court. Said document was served via the ECF system on counsel for the defendant:

    Edson A. Bostic, Esq.
    Federal Public Defender
    Federal Public Defender, District of Delaware
    704 King Street, Suite 110
    Wilmington, DE  19801

                                                    /s/ Christopher J. Burke
                                                    Christopher J. Burke
                                                    Assistant United States Attorney