IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 07-63M-MPT ) |
| PASAHA SHANDS, | ) ) |
| Defendant. | ) ) |

### ORDER

Having considered the government's Motion for Status Hearing and Continuation of Detention Hearing, **IT IS HEREBY ORDERED** that a Status Hearing and a continuation of the Detention Hearing in this matter shall be scheduled for _August 9_, 2007 at _1:00 pm_. **IT IS FURTHER ORDERED** that the period from the date of the initial Detention Hearing in this matter, April 12, 2007, through the date of the hearing requested in this motion, is excluded under the Speedy Trial Act, because the intervening delay has resulted from an examination to determine the mental competency or physical capacity of the defendant, because the delay has resulted from the government's pretrial Motion for Detention and because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial, in that the information gained during the delay will better enable the Court to make future rulings regarding the defendant's detention status and mental health status. *See* 18 U.S.C. § 3161(h).

The Honorable Mary Pat Thynge
United States Magistrate Judge

Dated:



FILED
JUL 3 0 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

4