IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES                                   Case No. 07-63M-MPT

v.

PASAHA B. SHANDS

### ORDER

At Wilmington this 6th day of **SEPTEMBER, 2007**,

IT IS ORDERED that a teleconference has been scheduled for **MONDAY, SEPTEMBER 17, 2007 at 9:30 a.m.** with Magistrate Judge Thynge to discuss the status of the case. **The Government shall initiate the teleconference call.**

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE



FILED
SEP - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE