IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
      v.                           )          Criminal Action No. **07-63M-MPT**
                                   )
**PASAHA SHANDS**                  )
                                   )
            Defendant.             )

## <u>NOTICE OF SCHEDULING</u>

WHEREAS, the defendant has informed the court that he intends to enter a plea of guilty to the charges pending against him in this court,

IT IS HEREBY ORDERED that the **CHANGE OF PLEA HEARING AND SENTENCING** for the above defendant is scheduled for **OCTOBER 22, 2007 at 1:00 p .m.**, in Courtroom 6C of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

Dated:  September 19, 2007

_____
UNITED STATES MAGISTRATE JUDGE



F I L E D

SEP 1 9 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE