IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-63M-MPT |
| | ) |
| PASAHA SHANDS, | ) |
| | ) |
| Defendant. | ) |

### ORDER

**WHEREAS**, the Court has considered the government's Motion For An Updated Psychological Study Pursuant to 18 U.S.C. § 3552, in which the government requests that the Court order that an updated written study regarding the psychological condition of the defendant be completed; and

**WHEREAS**, the Court "desires more information than is otherwise available to it as a basis for determining" the mental condition of the defendant before imposing sentence, *see* 18 U.S.C. § 3552(b) & (c);

**IT IS HEREBY ORDERED** that an updated written study regarding the psychological condition of the defendant be conducted by Dr. Catherine M. Barber or other appropriate medical professional and that this study should include, among other things, information regarding: (1) the examiner's findings regarding the defendant's current mental condition and how his mental condition has changed, if at all, since a prior June 11, 2007 psychological report; (2) a description of the medical tests or methods of observation the examiner employed to compile those findings; (3) the examiner's recommendation as to how the defendant's mental condition should impact the sentence to be imposed by the Court; and (4) the examiner's recommendation as to what conditions should be imposed upon

4

FILED

OCT 17 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

the defendant, if the Court sentences the defendant to a term of supervised release, so as to best ensure that the defendant is not a danger to the community during that time;

**IT IS FURTHER ORDERED** that, in order to provide sufficient time for the above-referenced written study to be completed, the combined Change of Plea and Sentencing Hearing in this matter is re-scheduled to _November 14_, 2007 at _9:00 A.M._; and

**IT IS FURTHER ORDERED** that the period from the date of this Order through the date of the combined Change of Plea and Sentencing Hearing discussed in this Order is excluded under the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial, in that the information gained during the delay will better enable the Court to make future rulings regarding the defendant's mental health condition and ultimate sentence. *See* 18 U.S.C. § 3161(h).

_____
The Honorable Mary Pat Thynge
United States Magistrate Judge

Dated: 10/17/07