IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-63M-MPT |
| | ) |
| PASAHA SHANDS, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, and hereby moves to dismiss with prejudice Counts I and II of the Information filed on April 12, 2007 in the above-captioned case.

          Respectfully submitted,

          COLM F. CONNOLLY
          United States Attorney


BY:   /s/ Christopher J. Burke
        Christopher J. Burke
        Assistant United States Attorneys

Dated:  December 3, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>            Plaintiff,                              )<br>                                                              )<br>    v.                                                    )   Criminal Action No.  07-63M-MPT<br>                                                              )<br>PASAHA SHANDS,                           )<br>                                                              )<br>            Defendant.                         ) | |

### ORDER

**AND NOW** this _____ day of _____, 2007, upon consideration of the government's Motion to Dismiss Counts I and II of the Information filed on April 12, 2007, in the above-captioned case,

**IT IS ORDERED** that the government's motion is granted.  Counts I and II of the Information filed on April 12, 2007 are hereby dismissed with prejudice.

                                                                                    _____
                                                                                    Honorable Mary Pat Thynge
                                                                                    United States Magistrate Judge