IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 07-63M-MPT ) |
| PASAHA SHANDS, | ) ) |
| Defendant. | ) ) |

## ORDER

AND NOW this ___5___ day of ___December___, 2007, upon consideration of the government's Motion to Dismiss Counts I and II of the Information filed on April 12, 2007, in the above-captioned case,

**IT IS ORDERED** that the government's motion is granted. Counts I and II of the Information filed on April 12, 2007 are hereby dismissed with prejudice.

Honorable Mary Pat Thynge
United States Magistrate Judge